UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 3:13-cv-50357 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 98.193.41.250, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STATUS REPORT**

On January 27, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable Communications Management, LLC, to obtain the Defendant's true identity [CM/ECF 8]. Plaintiff effectuated service of the subpoena on February 5, 2014, and received the ISP's response on April 10, 2014. Plaintiff is currently reviewing the information provided by the ISP to determine whether it will proceed with its claims against the Defendant.

Dated: May 6, 2014

                                                                                             Respectfully submitted,

                                                                                             SCHULZ LAW, P.C.

By:   /s/ *Mary K. Schulz*
       Mary K. Schulz, Esq.
       1144 E. State Street, Suite A260
       Geneva, Il 60134
       Tel: (224) 535-9510
       Fax: (224) 535-9501
       Email: schulzlaw@me.com
       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                     By:    /s/ *Mary K. Schulz*