UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Western Division

Malibu Media LLC

                        Plaintiff,

v.                                               Case No.: 3:13−cv−50357
                                                 Honorable Philip G. Reinhard

John Lambie, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2014:

      MINUTE entry before the Honorable Iain D. Johnston: Counsel has represented to the Court that the parties are working to settle the case. Accordingly, the motion for a default judgment [29] and motion to set aside the entry of default [37] are entered and continued to 12/16/2014 at 10:00AM. Counsel must appear in person. No appearance on the motions is required on 11/18/2014 or 11/25/2014. The 12/16/2014 presentment will be stricken upon the filing of a stipulation to dismiss. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.